**Denied Filed December 16, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00952-CV**

**IN RE ENLINK MIDSTREAM, LLC, ENLINK MIDSTREAM OPERATING, LP, AND DELAWARE G&P, LLC, Relators**

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-10642**

**MEMORANDUM OPINION**
Before Justices Osborne, Pedersen, III, and Goldstein
Opinion by Justice Osborne

Before the Court is relators' November 2, 2021 petition for writ of mandamus.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition and record, we conclude relators have failed to demonstrate an entitlement to mandamus relief. Accordingly, we lift the

1

stay of the trial court's October 27, 2021 order and deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

210950f.p05

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE